BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-6840
> FAX: (415) 436-7234
> Email: kevin.barry@usdoj.gov

Attorneys for United States of America

**FILED**

MAR 14 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-0127 WHO |
| Plaintiff, | ) |
| v. | ) **NOTICE OF DISMISSAL** |
| MOSES HAWK, | ) |
| Defendant. | ) |

Defendant Moses Hawk has successfully completed a one-year term of diversion and has

withdrawn his plea of guilty to Count Two of the Superseding Indictment in this case. With leave of the

Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the

Northern District of California dismisses with prejudice Count Two of the Superseding Indictment as to

Moses Hawk.

DATED: _____

Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_____
BARBARA J. VALLIERE
Chief, Criminal Division

NOTICE OF DISMISSAL, CR 15-0127 WHO, United States v. Moses Hawk

1         Leave is granted to the government to dismiss Count Two of the Superseding Indictment as to

2    Moses Hawk, and that count is dismissed with prejudice as to him.

3

4    Date: March 14, 2017

               HON. WILLIAM H. ORRICK

5                   United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL, CR 15-0127 WHO, United States v. Moses Hawk